B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Joy Shoe Stores Inc.**                                    Case No.
                         Debtor(s)                                  Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Barry Manufacturing Company** <br> **Bubier Street** <br> **Lynn, MA 01901** | **Barry Manufacturing Company** <br> **Bubier Street** <br> **Lynn, MA 01901** | | | **744.00** |
| **Christiana Mall** <br> **SDS-12-3026** <br> **P.O. Box 86** <br> **Minneapolis, MN 55486-3026** | **Christiana Mall** <br> **SDS-12-3026** <br> **P.O. Box 86** <br> **Minneapolis, MN 55486-3026** | | | **1,000.00** |
| **Jefferies Socks** <br> **P.O. Box 1680** <br> **Burlington, NC 27216** | **Jefferies Socks** <br> **P.O. Box 1680** <br> **Burlington, NC 27216** | | | **408.50** |
| **Ken Cole Productions** <br> **400 Plaza Drive 3rd Floor** <br> **Secaucus, NJ 07094** | **Ken Cole Productions** <br> **400 Plaza Drive 3rd Floor** <br> **Secaucus, NJ 07094** | | | **357.00** |
| **King of Prussia Assoc** <br> **SIMON** <br> **P.O. Box 829412** <br> **Philadelphia, PA 19182** | **King of Prussia Assoc** <br> **SIMON** <br> **P.O. Box 829412** <br> **Philadelphia, PA 19182** | | | **461.52** |
| **McCubbin Hosiery LLC** <br> **P.O. Box 268984** <br> **Oklahoma City, OK 73126** | **McCubbin Hosiery LLC** <br> **P.O. Box 268984** <br> **Oklahoma City, OK 73126** | | | **3,877.84** |
| **Stride Rite Corp** <br> **191 Spring Street** <br> **Lexington, MA 02420** | **Stride Rite Corp** <br> **191 Spring Street** <br> **Lexington, MA 02420** | | | **234,102.46** |
| **Verizon** <br> **P.O. Box 4833** <br> **Trenton, NJ 08650** | **Verizon** <br> **P.O. Box 4833** <br> **Trenton, NJ 08650** | | | **269.58** |
| **Willow Grove Park** <br> **2500 Moreland Road** <br> **Willow Grove, PA 19090** | **Willow Grove Park** <br> **2500 Moreland Road** <br> **Willow Grove, PA 19090** | | | **1,792.26** |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Joy Shoe Stores Inc.**                                              Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 19, 2011**                    Signature   **/s/ Mark Gordon**
                                                         **Mark Gordon**
                                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.